UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEROY PERRY, JR.**                                **CIVIL ACTION**

**VERSUS**                                          **NUMBER: 12-00240**

**ORLEANS PARISH PRISON**                           **SECTION: "B"(5)**
**(H.O.D.), ET AL.**

## ORDER

 The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

 Accordingly,

 **IT IS ORDERED** that plaintiff's suit is dismissed as frivolous and for failure to state a claim under 28 U.S.C. §§1915(e) and 1915A and 42 U.S.C. §1997e.

 New Orleans, Louisiana, this 9th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE